**Order entered February 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01037-CR

**FERNANDO ENRIQUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-70238**

## ORDER

The Court **GRANTS** appellant's February 14, 2013 motion to extend time to file his brief. We **ORDER** the appellant's brief received on February 14, 2013 filed as of the date of this order.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE